# EXHIBIT A

<u>Appendix XII-B1</u>

| | CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|---|
| | Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | 03-24-2015 PAYMENT TYPE: ☒CK ☐CG ☐CA CHG/CK NO. 1317 AMOUNT: 350.7 OVERPAYMENT: BATCH NUMBER: 825 |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Peter Kober, Esq. | (856) 761-5090 | Camden |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Kober Law Firm, LLC | L 1124-15 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 1876 Greentree Rd Cherry Hill, NJ 08003 | Complaint |
| | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Reinaldo Kuri, Plaintiff | Reinaldo Kuri, Plaintiff v. TD Bank, Defendant |

| CASE TYPE NUMBER (See reverse side for listing) 618 | HURRICANE SANDY RELATED? ☐ YES ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING? ☐ YES ☒ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☒ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☒ Yes ☐ No | IF YES, IS THAT RELATIONSHIP: ☒ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☒ YES  ☐ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

FILE MAR 24 2015 CAMDEN COUNTY SUPERIOR COURT

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ Yes ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED? ☐ Yes ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *Peter Kober*





Peter Kober, Esq.
006481979
Kober Law Firm, LLC
1876 Greentree Rd
Cherry Hill, NJ 08003
856-761-5090
Attorney for Plaintiff, Reinaldo Kuri

| | | |
|---|---|---|
| REINALDO KURI, | | Superior Court of New Jersey |
| Plaintiff | | Law Division: Camden County Civil Part |
| v. | | Docket No. L1124-15 |
| TD BANK, | | CIVIL ACTION |
| Defendant | | COMPLAINT |

Plaintiff, REINALDO KURI, residing at 901 Collings Avenue in the Borough of Collingswood, County of Camden, and State of New Jersey, complaining of Defendant, states as follows:

## COUNT I

1. At all times mentioned herein, Plaintiff, REINALDO KURI, resided at 901 Collings Avenue in the Borough of Collingswood, County of Camden, and State of New Jersey.
2. At all times mentioned herein, Defendant, TD BANK, was a corporation organized, existing, governed by and operating under the laws of New Jersey, and in possession and control of business premises located at 101 Haddonfield Road in the Township of Cherry Hill, County of Camden, and State of New Jersey.
3. On or about the month of February, 2014, Plaintiff, REINALDO KURI, assumed a position as teller service manager as an employee of Defendant, TD BANK, with a work location at the aforesaid business premises located at 101 Haddonfield Road in the Township of Cherry Hill, County of Camden, and State of New Jersey.
4. On or about the 10th day of June, 2014, Defendant, TD BANK, through its managers, agents, and employees, willfully and unlawfully put Plaintiff, REINALDO KURI, on a performance improvement plan, which performance improvement plan continued to

the date of Plaintiff, REINALDO KURI's termination on or about the 25th day of November, 2014.

5. Furthermore, until his transfer from the aforesaid work location at 101 Haddonfield Road in the Township of Cherry Hill, County of Camden, and State of New Jersey, on or about the 12th day of September, 2014, Plaintiff, REINALDO KURI, was subjected to harassment, bullying and discrimination in the workplace, all conducted by managers, agents and employees of Defendant, TD BANK, which harassment, bullying and discrimination made his workplace a hostile work environment.

6. On information and belief, Plaintiff, REINALDO KURI, states that Defendant, TD BANK, through its managers, agents and employees, subjected Plaintiff to
   - The aforesaid performance improvement plan, and
   - The aforesaid harassment, bullying and discrimination

   based on a perception on the part of said managers, agents and employees concerning

   - Plaintiff's affectational preferences or sexual orientation, and/or
   - Plaintiff's disability

7. Defendant, TD BANK's actions, by and through its managers, agents and employees as aforesaid, were in violation of the Law Against Discrimination, N.J.S.A. 10:5-1 et seq.

8. As a direct and proximate result of the unlawful acts of intimidation, hostility, retaliation, and discrimination in the workplace by Defendant, TD BANK, by and through its managers, agents and employees as aforesaid, Plaintiff, REINALDO KURI, has suffered aggravation of his underlying disability and termination from employment, and has suffered and continues to suffer wage loss, great humiliation, shame, inconvenience, mental suffering, emotional distress and anguish, all of which may be expected to continue into the future.

WHEREFORE, Plaintiff, REINALDO KURI, requests judgment against Defendant, TD BANK, for

- Compensatory damages
- Attorney's fees
- Costs of suit
- Any other relief which the court may deem just

COUNT II

1. Plaintiff, REINALDO KURI, repeats and reiterates the statements made in the First Count, and incorporates the same by reference as if fully set forth at length herein.

2. Defendant, TD BANK's actions, by and through its managers, agents and employees, in subjecting Plaintiff to

- The aforesaid performance improvement plan, and
- The aforesaid harassment, bullying and discrimination

were in violation of a clear mandate of public policy, giving rise to a cause of action under the Constitution of the State of New Jersey and <u>Pierce v. Ortho Pharmaceutical Corp.</u>, 84 N.J. 58 (1980).

3. As a direct and proximate result of the unlawful acts of intimidation, hostility, retaliation and discrimination in the workplace by Defendant, TD BANK, by and through its managers, agents and employees as aforesaid, Plaintiff, REINALDO KURI, has suffered aggravation of his underlying disability and termination from employment, and has suffered and continues to suffer wage loss, great humiliation, shame, inconvenience, mental suffering, emotional distress and anguish, all of which may be expected to continue into the future.

WHEREFORE, Plaintiff, REINALDO KURI, requests judgment against Defendant, TD BANK, for

- Compensatory damages
- Attorney's fees
- Costs of suit
- Any other relief which the court may deem just

## JURY DEMAND

Plaintiff, REINALDO KURI, demands a trial by jury on all issues which are triable by a jury in this action, pursuant to <u>R</u>. 1:8-2(b) and <u>R</u>. 4:35-1(a).

## DESIGNATION OF TRIAL COUNSEL

Pursuant to <u>R</u>. 4:5-1(c), Peter Kober, Esq. is designated as trial counsel for Plaintiff, REINALDO KURI, in the above matter.

DATED: March __23__ 2015         Respectfully submitted,

_Peter Kober_

Peter Kober, Esq.  006481979

Kober Law Firm, LLC

## CERTIFICATION OF NO OTHER ACTIONS

Pursuant to R. 4:5-1(b)(2) it is hereby stated that the matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this pleading, I know of no other parties that should be joined in the above action. In addition, I recognize the continuing obligation of each party to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

DATED: March ___23___ 2015

_Peter Kober_

Peter Kober, Esq.  006481979

Kober Law Firm, LLC

4

CAMDEN COUNTY
SUPERIOR COURT
HALL OF JUSTICE
CAMDEN          NJ 08103

COURT TELEPHONE NO. (856) 379-2200
COURT HOURS 8:30 AM - 4:30 PM

TRACK ASSIGNMENT NOTICE

DATE:    MARCH 25, 2015
RE:      KURI VS TD BANK
DOCKET:  CAM L-001124 15

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 3.

DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON ROBERT G. MILLENKY

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    102.
AT:  (856) 379-2200 EXT 3060.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

          ATTENTION:

               ATT: PETER KOBER
               KOBER LAW FIRM LLC
               1876 GREENTREE ROAD
               CHERRY HILL,     NJ 08003

JUBING2