William J. Simmons
Rachel Fendell Satinsky
LITTLER MENDELSON
A Professional Corporation
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 (t)
267.402.3131 (f)

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REINALDO KURI,<br><br>        Plaintiff,<br><br>v.<br><br>TD BANK,<br><br>        Defendant. | Civil Action No.:<br><br>**Filed via ECF**<br><br>**CORPORATE DISCLOSURE STAEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TD Bank, N.A. hereby certifies that the parent company of TD Bank, N.A. is TD Bank US Holding Company which is an indirectly, wholly-owned subsidiary of the Toronto-Dominion Bank, which is a publicly traded company. No other corporation holds 10% or more of its stock.

                                                        */s/ Rachel Fendell Satinsky*
                                                        William J. Simmons (Bar No. 021582007)
                                                        Rachel Fendell Satinsky (Bar No. 17002010)
                                                        LITTLER MENDELSON
                                                        LITTLER MENDELSON
                                                        A Professional Corporation
                                                        1601 Cherry Street, Suite 1400
                                                        Philadelphia, PA  19102.1321
                                                        267.402.3000 (t)
                                                        267.402.3131 (f)
                                                        wsimmons@littler.com
                                                        rsatinsky@littler.com

Dated:  May 19, 2015                       Attorneys for Defendant